**WALTER GILL v. MARY K. RHOMBERG, et al.**

35 So. (2nd) 12                January Term, 1948
January 27, 1948                      En Banc
Rehearing denied March 12, 1948

*M. A. Rosin* and *J. Lewis Hall,* for appellant.

*Wilbur W. Whitehurst,* for appellees.

PER CURIAM:

Affirmed.

CHAPMAN, ADAMS, SEBRING and BARNS, JJ., concur.

THOMAS, C. J., and BUFORD, J., dissent.

TERRELL, J., not participating.

BUFORD, J., dissenting:

I think the time limit attempted to be enforced by appellee was unreasonably short and that Gill acted with reasonable diligence and is entitled to relief.